## United States District Court for the Northern District of Illinois

Case Number: 08CV4866     Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL     Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____     Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 3052142

Date Payment Rec'd: 08/26/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons     [ ] Alias Summons
[ ] Third Party Summons     [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets     (Victim, Against and $ Amount)
[ ] Writ ____
(Type of Writ)

1 Original and 0 copies on 08/26/08 as to DEF. ____
(Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05